JAMES F. EGAN, Public Administrator, as Administrator, etc., of IVAR KREUGER, Deceased, Respondent, Appellant, v. JORDAHL & Co., INC., ANDERS JORDAHL, MARY D. JORDAHL, DAVID A. BUCKLEY, JR., and ROBERT H. WALSH, Appellants, Respondents, Impleaded with MAE T. DEUTSCH, as Executrix, etc., of ARMAND S. DEUTSCH, Deceased, Defendant.

JAMES F. EGAN, Public Administrator, as Administrator, etc., of IVAR KREUGER, Deceased, Respondent, Appellant, v. ANDERS JORDAHL, Appellant, Respondent.

First Department, June 22, 1937.

*Benjamin A. Matthews* of counsel [*Harold Harper* and *Vincent P. Uihlein* with him on the brief; *Harper & Matthews,* attorneys], for the plaintiff.

*Russell C. Gay* of counsel [*Edward J. Behrens* with him on the brief; *Loring M Black,* attorney], for the defendants Jordahl & Co., Inc., Mary D. Jordahl and Anders Jordahl.

*Kermit F. Kip* of counsel for the defendants David A. Buckley, Jr., and Robert H. Walsh.

PER CURIAM. Both orders should be modified by striking therefrom that portion which reads " at the rate of $100 per day for every day defendant's counsel is away on the business of the deposition, except the days on which the examination is actually conducted," and there should be inserted in place thereof, " in the sum of $1,500," and, as so modified, affirmed, without costs.

Present — MARTIN, P. J., UNTERMYER, DORE, COHN and CALLAHAN, JJ.

Orders unanimously modified by striking therefrom that portion which reads, " at the rate of $100 per day for every day defendant's counsel is away on the business of the deposition, except the days on which the examination is actually conducted," and there should be inserted in place thereof. " in the sum of $1,500," and, as so modified, affirmed, without costs.

Settle orders on notice.